**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6749**

_____

WENDELL M. BEARD,

Plaintiff - Appellant,

versus

WAYNE S. BARRY, Medical Doctor; EMSA
CORRECTIONAL CARE,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, District Judge. (CA-
01-1580-JFM)

_____

Submitted: July 18, 2002          Decided: July 25, 2002

_____

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Wendell M. Beard, Appellant Pro Se. Donald Joseph Crawford,
ALDELMAN, SHEFF & SMITH, Rockville, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wendell Beard appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Beard v. Barry, No. CA-01-1580-JFM (D. Md. Apr. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED